# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2024-1020**
Keondre Vonterrius Foster v. State of Alabama (Appeal from Jefferson Circuit
Court: CC-19-3909)

## NOTICE

You are hereby notified that on July 18, 2025, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk